# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION  *This Document Relates to All Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)  Hon. William H. Orrick |

## JLI'S NOTICE OF MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT DISCOVERY REQUIRED BY CASE MANAGEMENT ORDER NO. 16

**PLEASE TAKE NOTICE** that on March 10, 2023, at 9:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 2 of this Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, Defendant Juul Labs, Inc. ("JLI") will and hereby does move pursuant to Case Management Order No. 16, § V(B) the Court to dismiss with prejudice plaintiffs identified in Exhibit A to JLI's Motion to Dismiss for Failure to Submit Discovery Required by Case Management Order No. 16. The Motion is based on this Notice of Motion and the following Motion to Dismiss.

1

JLI's Notice of Motion to Dismiss Without Prejudice
For Failure to Submit Plaintiff Fact Sheets Required
By Case Management Order No. 16

Dated:  February 15, 2023          /s/ *Timothy S. Danninger*

    Timothy S. Danninger, FL Bar 95195
    GUNSTER, YOAKLEY & STEWART, P.A.
    1 Independent Drive, Suite 2300
    Jacksonville, FL 32202
    Telephone: (904) 354-1980
    Facsimile: (904) 354-2170
    tdanninger@gunster.com
    (*pro hac vice*)

    Gregory P Stone, SBN 78329
    Bethany W. Kristovich, SBN 241891
    MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue
    Fiftieth Floor
    Los Angeles, California 90071-3426
    Telephone: (213) 683-9100
    Facsimile: (213) 687-3702
    gregory.stone@mto.com
    bethany.kristovich@mto.com

    Renee D. Smith (*pro hac vice*)
    KIRKLAND & ELLIS LLP
    300 N. LaSalle Street
    Chicago, IL 60654
    Telephone: (312) 862-2000
    Facsimile: (312) 862-2200
    renee.smith@kirkland.com

    Peter A. Farrell, P.C. (*pro hac vice*)
    David M. Bernick
    KIRKLAND & ELLIS LLP
    1301 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
    Telephone: (202) 389-5959
    Facsimile: (202) 389-5200
    peter.farrell@kirkland.com
    david.bernick@kirkland.com

    *Attorneys for Defendant Juul Labs, Inc.*

2

JLI's Notice of Motion to Dismiss Without Prejudice
For Failure to Submit Plaintiff Fact Sheets Required
By Case Management Order No. 16

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically served the foregoing Motion on all counsel of record in this action using the CM/ECF system.

/s/ *Timothy S. Danninger*
Timothy S. Danninger

3

JLI's Notice of Motion to Dismiss Without Prejudice
For Failure to Submit Plaintiff Fact Sheets Required
By Case Management Order No. 16

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

**JLI'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT DISCOVERY REQUIRED BY CASE MANAGEMENT ORDER NO. 16**

Case Management Order ("CMO") No. 16 requires that all Personal Injury Plaintiffs, Government Entity Plaintiffs, and Tribal Plaintiffs seeking to participate in the Settlement Programs submit a substantially complete, signed Plaintiff Fact Sheet ("PFS"). (CMO No. 16, § V (Docket No. 3714)). This Motion is limited to Personal Injury Plaintiffs. A corollary motion with respect to Government Entity Plaintiffs will be forthcoming.

Pursuant to Section V(A) of CMO No. 16, on January 25, 2023, JLI served counsel of record for the plaintiffs identified in Exhibit A with Notices of Overdue Discovery, specifying the deficiency with each plaintiff's submissions and notifying plaintiffs that their cases may be subject to dismissal for failure to comply with the Court's discovery orders. (CMO No. 16, § V(A); Affidavit of Timothy S. Danninger ("Aff.") ¶¶ 3-5). Additional notices pursuant to Section V(A) of CMO No. 16 were sent to counsel of record for additional Personal Injury plaintiffs on January 30, 2023 (collectively with the January 25, 2023 notices, the "Notices"). Aff. ¶¶ 3-5.

The plaintiffs identified in the Notices were required to submit a substantially complete, signed PFS on or before February 9, 2023 or February 14, 2023, depending on when they received a Notice of Overdue Discovery, or risk having their claims dismissed. (CMO No. 16 § V). The plaintiffs identified in Exhibit A have not responded to the Notice and/or have not subsequently produced a substantially complete, signed PFS. (Aff. ¶ 6).

4

JLI's Notice of Motion to Dismiss Without Prejudice
For Failure to Submit Plaintiff Fact Sheets Required
By Case Management Order No. 16

Pursuant to CMO No. 16, JLI hereby moves to dismiss with prejudice the claims of the plaintiffs identified in Exhibit A all of whom have not submitted a substantially complete, signed PFS. Pursuant to CMO No. 16, the plaintiffs subject to the foregoing Motion must file a response no later than **February 25, 2023**, either (a) certifying that the plaintiffs have submitted a completed PFS or (b) opposing the Motion for other reasons.

Dated: February 15, 2023    /s/ *Timothy S. Danninger*

Timothy S. Danninger, FL Bar 95195
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170
tdanninger@gunster.com
(*pro hac vice*)

Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
gregory.stone@mto.com
bethany.kristovich@mto.com
Renee D. Smith (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
renee.smith@kirkland.com

Peter A. Farrell, P.C. (*pro hac vice*)
David M. Bernick
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959
Facsimile: (202) 389-5200
peter.farrell@kirkland.com
david.bernick@kirkland.com

*Attorneys for Defendant Juul Labs, Inc.*

5

JLI's Notice of Motion to Dismiss Without Prejudice
For Failure to Submit Plaintiff Fact Sheets Required
By Case Management Order No. 16

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically served the foregoing Motion on all counsel of record in this action using the CM/ECF system.

/s/ *Timothy S. Danninger*
Timothy S. Danninger

6

JLI's Notice of Motion to Dismiss Without Prejudice
For Failure to Submit Plaintiff Fact Sheets Required
By Case Management Order No. 16